IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

LAURIE REINTS,                          :        Civil Action No. _____

      Plaintiff,                      :

      vs.                             :

FREDERICK HANNA &
ASSOCIATES, P.C.,
                                        :
      Defendant.

## COMPLAINT

Plaintiff Laurie Reints, by her attorney Ray Johnson, for her claims against the Defendant states:

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA") and the Iowa Debt Collection Practices Act, Iowa Code § 537.7103, et seq. (hereinafter, "State Act"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURSIDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

### III. PARTIES

3.  Plaintiff is a natural person residing in Des Moines, Iowa.

4.  Defendant, Frederick J. Hanna and Associates, P.C., (hereinafter "Hanna") is a law firm representing Bank of America and also a business engaged in the collection of debts in the state of Iowa with its principal place of business located in Marietta, Georgia.

5.  Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

### IV. FACTUAL ALLEGATIONS

6.  Ms. Reints had an alleged debt from Bank of America, which Hanna was attempting to collect.

7.  On July 31, 2007 Reints sent a letter to Bank of America informing it that all collection attempts were to cease immediately.

8.  On October 8, 2007 Hanna sent a letter to Ms. Reints as attorneys for Bank of America in an attempt to collect the alleged debt.

9.  On October 17, 2007 a representative from Hanna called Ms. Reints once again in an attempt to collect the alleged debt.  Reints informed Hanna again that all collection efforts in regard to the alleged debt were stop immediately and that she was represented by Legal Aid. Instead of terminating the phone call, the representative from Hanna became upset with Ms. Reints, began to yell at her, and threatened to sue Reints if she did not pay the alleged debt.

10.  Hanna is not licensed to practice law in the state of Iowa and therefore, had no intention of filing a lawsuit against Ms. Reints.

### V. FIRST CLAIM FOR RELIEF

11.  All facts and allegations of this Complaint are incorporated herein by reference.

12.  Defendant violated the FDCPA.  Defendant's violations include, but are not

limited to, the following:

    a.  Hanna violated 15 U.S.C. § 1692d(2) by using language that the natural consequence of which is to abuse the hearer.

    b.  Hanna violated 15 U.S.C. § 1692e(5) by threatening to take an action that could not be legally be taken or that it did not intend to take.

    c.  Hanna violated 15 U.S.C. § 1692c(c) by continuing to contact Ms. Reints after she had requested in writing that all further communication cease immediately.

    d.  Hanna violated 15 U.S.C. § 1692c(a)2 by contacting Reints directly when it knew or should have known she was represented by an attorney.

13.  As a result of the above violations of the FDCPA, the Defendant is liable to the Plaintiff for Plaintiff's actual damages, statutory damages, costs and attorney's fees.

## VI. SECOND CLAIM OF RELIEF

14.  All facts and allegations of this Complaint are incorporated herein by reference.

15.  Reints' alleged obligations were "debts" as defined by Iowa Code § 537.7102(3).

16.  With regard to attempts to collect from Reints as alleged herein, Hanna was a "debt collector" engaged in "debt collection" as defined by Iowa Code §§ 537.7102(4) and (5).

17.  Defendant violated the State Act.  The foregoing acts, omissions and practices of Hanna were violations of Iowa Code § 537.7103, including but not limited to:

    a.  Defendant violated Iowa Code § 537.7103(1)(f) by taking action prohibited by chapter 537 or any other law.

    b.  Defendant violated Iowa Code § 537.7103(2)(a) by using language that is intended to abuse the hearer.

    c.  Defendant violated Iowa Code § 537.7103(4)(i) by making a false representation which tends to create a false impression about the status or true nature, or services rendered by the Defendant.

    d.  Communicating with Reints after Defendant knew Reints was represented by an attorney in violation of Iowa Code § 537.7103(5)(e).

18.  As a proximate result of the Defendant's unfair debt collection, Reints has suffered actual damages and injury for which she should be compensated in an amount to be proven at trial.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against the Defendant for the following:

    A.  Actual damages;

    B.  Statutory damages pursuant to 15 U.S.C. § 1692k and Iowa Code § 537.5201(1).

    C.  Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k and Iowa Code § 537.5201(8).

    D.  For such other relief as the Court deems appropriate in the circumstances.

Respectfully submitted,


RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Road
Suite 335
W. Des Moines, Iowa 0265
Phone: (515) 224-7090
Fax:  (515) 222-2656
Johnsonlaw29@aol.com