IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| LAURIE REINTS, | : | Civil Action No. 4:08-cv-00012 |
| Plaintiff, | : | |
| v. | : | |
| FREDERICK HANNA & ASSOCIATES, P.C., | : | |
| Defendant. | | |

Plaintiff, Laurie Reints, by her attorney Ray Johnson, hereby dismisses this matter with prejudice pursuant to a settlement agreement between the parties.

Respectfully submitted,

RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Road
Suite 335
W. Des Moines, Iowa 0265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com